GUSSIE GLAUBERMAN, Appellant, v. BROOKLYN EDISON COMPANY, INC., and THE CITY OF NEW YORK, Respondents.— Action by a pedestrian for damages for personal injuries caused by a fall claimed to have resulted from a depression in a sidewalk. Judgment dismissing the complaint on the merits unanimously affirmed,

with costs. No opinion. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.